IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT STEWART, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| C.O. EMMONS, et al., | : | |
| Defendants. | : | No. 12-1509 |
| | : | |

## ORDER

AND NOW, on **March 27, 2014**, after consideration of all related briefing and oral argument by counsel for all parties on March 17, 2014, it is ORDERED:

1. Plaintiff's Petition for Leave to Amend (doc. 42) is GRANTED, in part, and DENIED, in part, in accordance with my accompanying memorandum opinion;

    a. Plaintiff shall file a Second Amended Complaint, incorporating the rulings of the accompanying memorandum opinion, within seven (7) days of the date of this Order;

    b. Defendants shall file responsive pleadings to Plaintiff's Second Amended Complaint within 21 days of the date that Complaint is filed;

2. PrimeCare Defendants' Motion for Partial Summary Judgment (doc. 58) is DENIED without prejudice;

3. Chester County Defendants' Motion for Partial Summary Judgment (doc. 38) is DENIED without prejudice;

4. Plaintiff's Motion to Compel Discovery (doc. 47) is DENIED as moot; and

5.  My February 4, 2014 Scheduling Order (doc. 62) is revised to reflect that rebuttal expert reports are due May 1, 2014; all other dates in that Scheduling Order remain in effect.

                    BY THE COURT:

                    /s/ Timothy R. Rice
                    TIMOTHY R. RICE
                    U.S. MAGISTRATE JUDGE